**Appeal Dismissed and Memorandum Opinion filed February 27, 2020.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-20-00093-CR

---

**WILLIAM BARRIE BOWLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 274th District Court**
**Hays County, Texas**
**Trial Court Cause No. CR-17-0993-A**

---

## MEMORANDUM OPINION

Appellant was convicted of driving while intoxicated and sentenced to thirty years on August 13, 2019. Appellant timely filed a motion for new trial. Therefore, appellant's notice of appeal was due by November 12, 2019 (November 11, 2019, was a legal holiday). *See* Tex. R. App. P. 26.2(a)(2).

A court of appeals may grant an extension of time if, within 15 days after the deadline for filing the notice of appeal, the party files (a) the notice of appeal in the trial court, and (b) a motion for extension of time in the court of appeals. *See* Tex.

R. App. P. 26.3; *see also* Tex. R. App. P. 10.5(b)(2). Thus, the notice of appeal and any motion to extend time were due by November 27, 2019. Appellant's notice of appeal and a motion to extend time to file the notice of appeal were untimely filed on December 23, 2019.

A notice of appeal that complies with the requirements of Rule 26.2 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). When the notice of appeal and motion for extension of time are not filed within the 15-day period, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction. *See id.* On [date], the parties were notified that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. Appellant's response does not demonstrate this court's jurisdiction.

Accordingly, the appeal is dismissed for lack of jurisdiction.


PER CURIAM


Panel consists of Justices Bourliot, Hassan and Poissant.

Do Not Publish — TEX. R. APP. P. 47.2(b).